INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Case No. **1:21**-cv-2936 JMS-MJD
*(to be filled in by the Clerk's Office)*

**Ignacio Espinosa de los Monteros**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Innovation Associates, Inc. (d/b/a iA)**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☒Yes ☐No

FILED
NOV 29 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [✓] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ignacio Espinosa de los Monteros |
| Street Address | P.O. Box 30133 |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana 46230 |
| Telephone Number | 317-564-9087 |
| E-mail Address | iedlm@yahoo.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Innovation Associates, Inc. (d/b/a iA) |
| Job or Title *(if known)* | |
| Street Address | 8888 Keystone Crossing, suite 1550 |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46240 |
| Telephone Number | 317-664-7592 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Case 1:21-cv-02936-JMS-MJD Document 1 Filed 11/29/21 Page 4 of 8 PageID #: 4

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Innovation Associates, Inc. (d/b/a iA) |
| Street Address | 8888 Keystone Crossing, suite 1550 |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46240 |
| Telephone Number | 317-664-7592 |

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.**   It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 2021

**C.**   I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

Case 1:21-cv-02936-JMS-MJD   Document 1   Filed 11/29/21   Page 5 of 8 PageID #: 5

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**D.** Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — Hispanic origin
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin — U.S. naturalized citizen of Mexican origin
- [x] age *(year of birth)* — 52 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

**E.** The facts of my case are as follows. Attach additional pages if needed.

Plaintiff, Ignacio Espinosa de los Monteros, Pro Se, was interviewed, offered a job in the December 2020-February 2021 timeframe, and thereafter hired into Defendant's employ on February 22, 2021, as Senior Product Manager. Up to the date of Plaintiff's termination, Plaintiff was the sole Hispanic in Defendant's employ, and was also the highest ranking Hispanic at the company, and one of only a handful of minority employees throughout the organization. Plaintiff's work performance met or far exceeded Defendant's expectations, such that Defendant had both praised Plaintiff's contributions and recognized Plaintiff by invitation into executives-only strategy retreats, as well as relying on Plaintiff for strategic initiatives that reported into the C-suite and/or Board of Directors levels of the organization, whereby executives of the company relied on Plaintiff's inputs for decision-making. Plaintiff was never disciplined prior to his termination on June 23, 2021. In early June 2021, Plaintiff co-employee, Ms. Caitlin Sculley, confided in Plaintiff that she had been the victim of ongoing quid pro quo sexual harassment committed by iA's Chief Executive Officer, Mr. Marvin Richardson. Plaintiff opposed this unlawful harassment by advising Ms. Sculley to immediately notify Defendant's Chief People Officer, Mrs. Dionne Archie, to consider filing an Equal Employment Opportunity Commission ("EEOC") charge, to retain legal counsel, to cooperate with internal investigation and to maintain confidential the matters after reporting to company's Human Resources department. The same week, Ms. Sculley made a formal complaint to Mrs. Archie and to her supervisor, but failed to maintain matters confidential by informing other company staff about the incidents with the company's CEO. She also informed Mrs. Archie and others what Plaintiff told her. On June 23, 2021, Defendant terminated Plaintiff without so much as any sort of investigation on claims made by third parties about Plaintiff - claims Plaintiff adamantly asserts as fabricated and false, part of a fabricated narrative intended to defame Plaintiff in an effort to protect Defendant's top executive's behavioral pattern that predates the incident with Ms. Sculley, and serious ethical issues pervasive across the company by similarly situated, younger in age, Caucasian and/or native-born U.S. citizen employees and senior staff who have committed ongoing Title VII violations who have been permitted to continue their employment despite knowledge they had or were engaging in unlawful activity, inclusive of sexual harassment. Moreover, Defendant engaged in extensive permissive behavior, permitting inappropriate relationships to pervade across the organization. In spite of being in a rapid expansion phase, Defendant has a wide and widening gap in diversity throughout the organization. From mid-to-late April and until his termination, Plaintiff made concerted efforts to assist the organization to address this gap, but Defendant disregarded these efforts. Plaintiff's rights were violated as he was discriminated against by Defendant because of his age in violation of the Age Discrimination in Employment Act, as amended, and/or because of his race and/or national origin. Furthermore, Plaintiff was retaliated against because of his opposition to sexual harassment in violation of Title VII of the Civil Rights Act of 1964. While these facts are not exhaustive, and no discovery has taken place to review company records or converse with witnesses, the facts stand on their own.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Case 1:21-cv-02936-JMS-MJD Document 1 Filed 11/29/21 Page 6 of 8 PageID #: 6

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 30, 2021 (a copy of the Dismissal and Notice of Rights for EEOC Charge No. 470-2021-03084 is attached as exhibit 1)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* August 31, 2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay and benefits for all the time since unlawful termination until either settlement is agreed upon or judgment is entered, currently standing at five months and counting. Front pay of 12 months for time it will take Plaintiff to obtain equivalent form of employment from the time of judgment being entered. Compensatory damages equal to 2 years' of pay and benefits for pain and suffering resulting from the unlawful termination, which has negatively impacted Plaintiff's ability to properly cover his child support obligations and to continue legal representation in ongoing highly contentious custody litigation. Punitive damages equal to 2 years of pay and benefits for the malice shown in ongoing discriminatory actions, retaliation, false narrative and cover-up Defendant is engaged upon.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29/November/2021

Signature of Plaintiff

Printed Name of Plaintiff: Ignacio Espinosa de los Monteros

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29/November/2021

Signature of Plaintiff

Printed Name of Plaintiff    Ignacio Espinosa de los Monteros

[Print]    [Save As...]    [Add Attachment]    [Reset]